# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                            CASE NO. 3:10cr23/LAC

DENNIS KEEN,

    Defendant.
_____/

## **ORDER**

    1. Defendant's Motion to Postpone Voluntary Surrender Date (Doc. 30) is **GRANTED** to the extent that Defendant's August 18, 2010, surrender date is **POSTPONED** until further Order of the Court.

    2. Within **thirty (30) days** from the date of this Order, and every **thirty (30) days** thereafter until the Court Orders otherwise, Defendant shall file with the Court an updated report on his medical condition and his prescribed course of treatment, if any. The Court will assign Defendant a new surrender date in due course based upon the information received.

    **ORDERED** this 17th day of August, 2010.

                                        s/*L.A. Collier*
                                        LACEY A. COLLIER
                                        Senior United States District Judge